**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JAMES LOUIS RUDZAVICE,**

              **Petitioner,**

**v.**                                               **CASE NO. 5:13-cv-215-RS-GRJ**

**WARDEN N.C. ENGLISH,**

              **Respondent.**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 4) and

Petitioner's Objections (Doc. 6). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

  1.      The Magistrate Judge's Report and Recommendation is approved

          and incorporated in this Order.

  2.      Petitioner's petition for writ of habeas corpus (Doc. 1) is

          **DISMISSED**.

  3.      The certificate of appealability is **DENIED** as Petitioner has not

          made a substantial showing of the denial of a constitutional right.

  4.      The clerk is directed to close the file.

**ORDERED** on July 11, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**